IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN JONES,<br><br>　　　　Petitioner,<br><br>　v.<br><br>JOHN MARSHALL, Warden<br><br>　　　　Respondents.<br>_____ | No. C 09-4574 MMC (PR)<br><br>**ORDER OF DISMISSAL; DENYING LEAVE TO PROCEED IN FORMA PAUPERIS**<br><br>(Docket No. 8) |

      On September 11, 2009, petitioner, a California prisoner proceeding pro se, filed the above-titled petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. The the Court notified petitioner in writing that the action was deficient due to petitioner's failure to pay the requisite filing fee or, instead, to submit a completed court-approved in forma pauperis ("IFP") application. Specifically, in said notice, petitioner was advised that he must submit a Certificate of Funds in Prisoner's Account completed and signed by an authorized officer at the prison, and must attach a copy of his prisoner trust account statement showing transactions for the last six months. Petitioner was further advised that his failure to pay the filing fee or, alternatively, to file a completed IFP application, within thirty days, would result in dismissal of the action. Along with said notice, petitioner was sent a copy of the court-approved prisoner's IFP application, instructions for completing it, and a return envelope. As of today's date, more than thirty days have passed since the deficiency notice and petitioner has not filed a completed IFP application or paid the filing fee.

Accordingly, the above-titled action is hereby DISMISSED without prejudice.

Additionally, the incomplete application to proceed in forma pauperis is hereby DENIED and no fee is due.

This order terminates Docket No. 8.

The Clerk shall close the file.

IT IS SO ORDERED.

DATED: November 13, 2009

_____
MAXINE M. CHESNEY
United States District Judge